1  CAROLEE G. KILDUFF, SBN 107232
   Email: ckilduff@akk-law.com
2  JOHN A. WHITESIDES, SBN 125611
   Email: jwhitesides@akk-law.com
3  SERENA M. WARNER, SBN 264799
   Email: swarner@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
8
   Attorneys for Defendants CENTRAL TRANSPORT INTERNATIONAL, INC. and CENTRAL
9  TRANSPORT LLC
10
   Lawrence W. Freiman, (SBN 288917)
11 Lawrence@freimanlaw.com
   Michael J. Freiman (SBN 280716)
12 Michael@freimanlaw.com
   Freiman Law
13 100 Wilshire Blvd., Ste. 940, Santa Monica, CA  90401
   Telephone:  (310) 917-1024
14
15 Attorneys for Plaintiff MICHAEL BEST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MICHAEL BEST, | ) Case No.: 2:16-cv-01023-KJM-KJN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 ORDER THEREON** |
| CENTRAL TRANSPORT INTERNATIONAL, INC. et al., | ) |
| Defendants. | ) |

///

///

///

-1-
STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
(VDRP) PURSUANT TO LOCAL RULE 271 ORDER THEREON

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  July 26, 2016                        FREIMAN LAW

                                               */s/ Lawrence W. Freiman*
                                            (as authored on 7/26/16)
By:_____
   LAWRENCE W. FREIMAN
   MICHAEL J. FREIMAN
   Attorneys for Plaintiff MICHAEL BEST

Dated:  August 1, 2016                       ANGELO, KILDAY & KILDUFF, LLP

                                             */s/ Carolee G. Kilduff*
By:_____
   CAROLEE G. KILDUFF
   JOHN A. WHITESIDES
   SERENA M. WARNER
   Attorneys for Defendants
   CENTRAL TRANSPORT
   INTERNATIONAL, INC. and
   CENTRAL TRANSPORT LLC

**ORDER**

IT IS SO ORDERED.

DATED:  August 1, 2016                    _____
                                                 UNITED STATES DISTRICT JUDGE